THE PEOPLE OF THE STATE OF NEW YORK on Complaint of CHARLES H. READER v. QUEENS DAIRY FARMS, INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHANNA KAINZ v. JOSEPH GOLDSMITH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING TAYLOR v. NAT GINSBERG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIS SHERMAN v. GEORGIA SHERMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MABEL MANTON v. MARJORIE RAMBEAU.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB W. LEWIS and Another v. MORRIS ROSENWASSER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE MULTIVALVE CORPORATION v. FRANK C. TALMADGE, Individually, etc., and Others, Impleaded with BENJAMIN THAU.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH GOODMAN v. SAMUEL D. SCHWITZER and Others. MEYER LITTMAN and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SOPHIA F. BRYANT and Another against WILLIAM S. BREWER and Another.— Motion to dismiss appeal denied with leave to renew if the appeal be not prosecuted diligently. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROHE & BROTHER v. ALEXANDER SINGER and Others.— Motion to dismiss appeal denied. (See Civ. Prac. Act, § 578.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of DOROTHY FROOKS, as Executrix, etc., of BELLE T. WAINWRIGHT, Deceased.— Motion to dismiss appeal denied with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN TULLMAN v. SAMUEL TULLMAN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAMERCY INVESTING COMPANY v. THE BANK OF UNITED STATES and Others, Impleaded with HOWARD G. WELSCH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAMERCY INVESTING COMPANY v. THE BANK OF UNITED STATES and Others, Impleaded with GLOWBEL REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.